UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN MAXWELL,<br><br>　　　　　　Plaintiff/Counterdefendant,<br><br>　　　　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,<br><br>　　　　　　Defendant/Counterclaimant. | Civil Action No. 1:24-cv-00091-TJM-CFH<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that no party hereto is an infant or incompetent, and the above-captioned action is voluntarily dismissed with prejudice against Defendant PORTFOLIO RECOVERY ASSOCIATES, L.L.C. and Counterdefendant WARREN MAXWELL per Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own respective costs. Facsimile or e-signatures shall be like originals.

_____
Brian L. Ponder, Esq. (NDNY Bar# 518551)
BRIAN PONDER LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone: (646) 450-9461
Email: brian@brianponder.com
ATTORNEY FOR PLAINTIFF

Date: May 2, 2024

/s/ Jonathan P. Floyd
_____
Jonathan P. Floyd
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Jonathan.floyd@troutman.com

*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*

Dated: May 2, 2024

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date:  May 14, 2024

1